**Electronically Filed
Supreme Court
SCWC-20-0000650
26-JAN-2023
10:07 AM
Dkt. 17 OCOR**

SCWC-20-0000650

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

STANLEY CANOSA,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000650, CAAP-20-0000438,
CAAP-20-0000506; CR. NO. 1PC091001524)

ORDER OF CORRECTION
(By: Wilson, J.)

It is ordered that the Opinion of the Court filed on

January 17, 2023, is corrected as follows:

On page 21, the header numbering is corrected to read

"II.  STANDARDS OF REVIEW".

On page 22, the header numbering is corrected to read

"III.  DISCUSSION".

On page 41, the header numbering is corrected to read

"IV.  CONCLUSION".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, January 26, 2023.

/s/ Michael D. Wilson

Associate Justice